**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, SUCCESSOR IN INTEREST TO SKY BANK, | : No. 38 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| Respondent | : Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ROCK FERRONE A/K/A ROCK A. FERRONE AND MARCIA FERRONE A/K/A MARCIA M. FERRONE A/K/A MARCIA A. FERRONE, | : |
| | : |
| | : |
| | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

AND NOW, this 25th day of June, 2015, the Petition for Allowance of Appeal is DENIED.